December 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JONATHAN WASSERBERG, Appellant

NO. 14-13-00674-CV                                  V.

RES-TX ONE, LLC., Appellee

_____

 This cause, an appeal from the judgment in favor of appellee, RES-TX One, LLC., signed April 26, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it signed a Judgment Nunc Pro Tunc Final Judgment disposing of REX-TX One, LLC's claim for attorneys' fees. We therefore order that the portions of the Judgment Nunc Pro Tunc Final Judgment that disposed of RES-TX One, LLC.'s claim for attorneys' fees are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

 Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

 We order that each party shall pay its costs by reason of this appeal.

 We further order this decision certified below for observance.